IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WINNIFRED KOCCOA WHENHALL,

    Plaintiff,

v.

SUPERIOR COURT OF CHATHAM COUNTY, et al.;

    Defendants.

CIVIL ACTION NO.: 4:19-cv-209

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's August 29, 2019 Report and Recommendation, (doc. 2), to which Plaintiff has filed not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 2), as the opinion of the Court and **DISMISSES** Plaintiff's 28 U.S.C. § 2241 Petition **WITHOUT PREJUDICE**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 28th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA